# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: THE IMMEDIATE AND
TEMPORARY CUSTODY OF THE
MINOR CHILD, L.P.A.

NO.  2023 CW 0925

**OCTOBER 12, 2023**

---

In Re:    Lindsey Buell Alexander, applying for rehearing, 23rd
          Judicial District Court, Parish of Ascension, No.
          132778.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_a.s_

DEPUTY CLERK OF COURT
   FOR THE COURT